UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY JAMES COKLEY,
    Plaintiff,

vs.                                              Case No.:  3:25cv1058/LC/ZCB

EDDIE BROWN, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 21, 2025. (Doc. 10).  The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED without prejudice**, under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 23rd day of September, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**